ORIGINAL

1  michaelnesbittinf2

2  LEONARDO M. RAPADAS
United States Attorney
3  RYAN M. ANDERSON
Special Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
PHONE: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JAN 26 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

07-00006

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. |
|---|---|
| Plaintiff, | ) **INFORMATION** |
| vs. | ) ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY [18 U.S.C. § 1382] |
| MICHAEL NESBITT, | ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

On or about April 25, 2006, in the District of Guam, the defendant, MICHAEL NESBITT, went upon a United States military reservation, to wit, U.S. Naval Base Guam, with knowledge that the defendant, MICHAEL NESBITT, needed and did not have authorization to do so, in violation of Title18, United States Code, Section1382.

DATED this 16th day of January 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Ryan M. Anderson
RYAN M. ANDERSON
Special Assistant U.S. Attorney