# Criminal Case Cover Sheet

U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00006**
Same Defendant _____X_____ New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes** _____ **No** __X__ **Matter to be sealed:** _____ **Yes** _X_ **No**

Defendant Name ___MICHAEL NESBITT_____

Alias Name _____

Address _____

___Dededo, Guam_____

Birthdate xx/xx/1973 ____ SS# _Xxx-xx-6451_____ Sex __M__ Race __PI__ Nationality_____

**U.S. Attorney Information:**

SAUSA _Ryan Anderson_____

**Interpreter:** __X_ No ___Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**RECEIVED**

JAN 26 2007

**DISTRICT COURT OF GUAM
HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: ___1_____ _____ Petty ✕ Misdemeanor _____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 1382 | Entering Military, Naval, or Coast Guard Property | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _26 JAN 07_____ Signature of AUSA: _Ry M. Anon_____