# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>**MICHAEL NESBITT,**<br><br>　　　　　　Defendant. | Magistrate Case No. **07-00006**<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to January 24, 2007.

Dated this 2nd day of February 2007.

　　　　　　　　　　　　　　　　　　　　**/s/ Joaquin V.E. Manibusan, Jr.**
　　　　　　　　　　　　　　　　　　　　**U.S. Magistrate Judge**