# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# **AMENDED CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-07-00006      DATE: February 2, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 10:17:18 - 10:39:47
CSO: L. Ogo

**APPEARANCES:**

Defendant: Michael Nesbitt      Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Kristin St. Peter      U.S. Agent:
U.S. Probation: Carleen Borja      U.S. Marshal: None Present
Interpreter:      Language:

**PROCEEDINGS: **Initial Appearance / Plea**
- Pen and ink changes made to the plea agreement.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Guilty
- Plea: Accepted.
- Sentencing set for: May 3, 2007 at 10:30 A.M.
- Presentence Report due to the parties: March 9, 2007
- Presentence Report due to the Court: April 9, 2007
- The Court adopted probation's oral recommendation regarding drug testing. Defendant released on bond (see release conditions on page 2).

NOTES: The Court executed the order granting the Government's motion dismissing the Information in Criminal case no. 06-000111.

**Amended to reflect proceedings held: Initial Appearance and Plea