# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: MJ-07-00006            DATE: June 26, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Virginia Kilgore |
| Courtroom Deputy: Peter Santos | Electronically Recorded: 10:55:25- 11:03:52 |
| CSO: B. Pereda | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Michael Nesbit | Attorney: Richard Arens |
|     Present    Custody    Bond    P.R. |     Present    Retained    FPD    CJA |
| U.S. Attorney: Ryan Anderson | U.S. Agent: |
| U.S. Probation: Carleen Borja | U.S. Marshal: C. Marquez |
| Interpreter: | Language: |

**PROCEEDINGS: Sentencing**

- Defendant sentenced to probation for a term of <u>one year</u>, with conditions (refer to Judgment for conditions of probation).
- Defendant ordered to pay restitution jointly and severally with Rafel Nesbitt in the amount of: $50.00
- Defendant was ordered to pay a special assessment fee of $10.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.

NOTES: