PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

# NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO**: United States Department of State  
Office of Passport Policy and Advisory Services  
2100 Pennsylvania Avenue, NW, 3rd Floor  
Washington, D.C. 20037

**FROM**: Grace D. Flores, U.S. Probation Officer  
District of Guam  
2nd Floor, U.S. Courthouse  
520 West Soledad Avenue  
Hagatna, Guam 96910

[ ] **Original Notice**       [X] **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | **February 2, 2007** | Date: | **June 26, 2007** |
| By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** | By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** |

| | | | |
|---|---|---|---|
| Defendant: | **NESBITT, Michael Leon** | Case Number: | **MAGISTRATE #07-00006-001** |
| Date of Birth: | **XX-XX-1973** | Place of Birth: | **Agana Heights, Guam - USA** |
| SSN: | **XXX-XX-6451** | | |

================================================================

**NOTICE OF COURT ORDER** (Order Date: **February 2, 2007**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[X] The above-named defendant surrendered Passport Number **XXXXXXX** to the custody of the **U.S. Probation Office, District of Guam.**

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[X] Defendant convicted.

---

Distribution:  
Original to Clerk of Court  
Original to Case File  
Department of State  
    ☐ Not Convicted - PS40/Passport returned to defendant.  
    ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.  
    ✔ Convicted - PS40 and copy of Judgment enclosed.  
Defendant (or representative)