1  ROSSANNA VILLAGOMEZ-AGUON
   Acting Chief U.S. Probation Officer
2  GRACE D. FLORES
   U.S. Probation Officer
3  U.S. District Court of Guam
   2nd Floor, U.S. Courthouse
4  520 West Soledad Avenue
   Hagatna, Guam 96910
5  Telephone: (671) 473-9201
   Fax: (671) 473-9202

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 06-00027-001 |
| Plaintiff, | ) | |
| vs. | ) | **APPLICATION FOR RELEASE OF PASSPORT** |
| MICHAEL LEON NESBITT, | ) | |
| Defendant. | ) | |

COMES NOW, U.S. Probation Officer Grace D. Flores, in the above-captioned case and requests for the release of the U.S. Passport Number XXXXXXXX to the defendant, Michael Leon Nesbitt. The passport was released to the custody of the U.S. Probation Office pending the disposition of this case. The defendant was sentenced on June 26, 2007, to a one year term of probation.

Dated this 2nd day of July 2007.

/s/ GRACE D. FLORES
U.S. Probation Officer