ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer
GRACE D. FLORES
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 07-00006-001 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER; RE: APPLICATION FOR RELEASE OF PASSPORT** |
| MICHAEL LEON NESBITT, | ) | |
| Defendant. | ) | |

Upon application by the U.S. Probation Office, the Court hereby directs the U.S. Probation Office to release the Defendant's passport to him.

IT IS SO ORDERED.

/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Jul 24, 2007**