# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 07-00006-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SUPPLEMENTAL REPORT IN** |
| vs. | ) | **SUPPORT OF PETITION** |
| | ) | |
| MICHAEL LEON NESBITT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Re:** Supplemental to the Informational Report Submitted October 30, 2007.

    I, U.S. Probation Officer Grace D. Flores, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of probation for Michael L. Nesbitt, and in that capacity declare as follows:

    On October 4, 2007, Michael Leon Nesbitt was arrested for the offense of Criminal Sexual Conduct. Guam Police Department Report Number KY07-27768, and Superior Court of Guam Magistrate's Complaint in Criminal Case Number CM 0772-07. On October 5, 2007, he was released on a $2000.00 unsecured bond with conditions to include:

> Stay away from, and have no contact with the victim(s), either in person, through a third party, by telephone, by letter or otherwise, including any specified witness. Defendant shall stay away from the victim(s), his/her/thier residence, victim's presence, or planned presence,. Defendant is ordered to immediately leave the function or establishment.

> Defendant is restrained from threatening to commit or committing acts of family violence in against, or from harassing, annoying, or molesting the victim(s) or other family or household members, or any person named in the complaint or indictment.

SUPPLEMENTAL REPORT IN SUPPORT OF PETITION
Supplemental to the Informational Report Submitted October 30, 2007
Re:   NESBITT, Michael Leon
Magistrate Case No. 07-00006-001
November 2, 2007
Page 2

Additionally, the defendant has restrictions on travel, and instructions to report in person on a monthly basis to the Superior Court of Guam Probation Office.

Mr. Nesbitt resides in Agat with his two sons, significant other, and his step son.

**Recommendation:** The above information is respectfully submitted to supplement the report submitted on October 29, 2007.

Executed this 2nd day of November 2007, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By:    /s/ GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

cc:   AUSA
      Defense Counsel
      File