ORIGINAL

1  NESBITT_M.ref

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: 472-7332
6  FAX: 472-7215

7  Attorney's for United States of America

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 07-00006 |
| Plaintiff, | ) | |
| | ) | PETITION TO REFUND |
| v. | ) | OVERPAYMENT OF RESTITUTION |
| MICHAEL NESBITT, | ) | |
| Defendant. | ) | |

## PETITION

On June 26, 2007, Defendant MICHAEL NESBITT was sentenced, among other things, to pay a $10.00 special assessment fee and restitution in the amount of $50.00 to be paid jointly and severally with Rafel Nesbitt in Magistrate Case No. 07-00007. Defendant MICHAEL NESBITT paid his $10.00 special assessment fee on August 28, 2007 (court receipt no. 0032708) Plaintiff petitions the Court to refund the overpaid portion of the restitution imposed against the Defendant:

1. The following restitution was imposed against Defendant:

| | |
|---|---|
| $50.00 | Amount of joint and several restitution |
| $15.00 | Amount collected from joint and several debtor (see attachment A) |
| $50.00 | Amount collected from defendant (see attachment B) |
| $15.00 | Amount overpaid |

2. Plaintiff respectfully requests that the Court refund the full amount of overpayment by issuing a check in the amount of $15.00 to Michael Nesbitt and mailing the check to his address as provided by our office.

3. Plaintiff further requests that any future payments made by defendant be refunded to him.

DATED this 7th day of December, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

# District Court of Guam
# Fees Report

Case: MJ-07-00007

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 07/03/2007 | 0031764 | Nesbitt, Rafel | MJ-07-00007: USA v. Nesbitt<br>Party: Nesbitt, Rafel | |
| | | | Assessments/Fines | $ 10.00 |
| | | | Restitution | $ 15.00 |
| | | | Payment Type(s) | |
| | | | Cash | $ 25.00 |

A

# District Court of Guam
# Fees Report

Case: MJ-07-00006

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 08/28/2007 | 0032697 **VOIDED** | Nesbitt, Michael Leon | | | |
| | | | MJ-07-00006: USA v. Nesbitt Party: Nesbitt, Michael Leon | | |
| | | | Restitution | $ | 0.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 0.00 |
| 08/28/2007 | 0032708 | Nesbitt, Michael Leon | | | |
| | | | MJ-07-00006: USA v. Nesbitt Party: Nesbitt, Michael Leon | | |
| | | | Assessments/Fines | $ | 10.00 |
| | | | Restitution | $ | 5.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 15.00 |
| 11/30/2007 | 0033379 | Nesbitt, Michael Leon | | | |
| | | | MJ-07-00006: USA v. Nesbitt Party: Nesbitt, Michael Leon | | |
| | | | Restitution | $ | 45.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 45.00 |

B