**NESBITT_M.ord**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 07-00006 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | Re: United States' Petition to |
| MICHAEL NESBITT, | ) | Refund Overpayment of Restitution |
| | ) | |
| Defendant. | ) | |

Based upon the Plaintiff's Petition to Refund Overpayment of Restitution, the Court hereby orders the overpaid portion of the restitution in the amount of $15.00 be refunded to Michael Nesbitt by mailing a check to his last known address, as provided by the Plaintiff. Any future payments made by Defendant Michael Nesbitt shall be refunded to him.

**IT IS SO ORDERED**.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Dec 10, 2007**