PROB 34
(3/07)

**Report and Order Terminating Probation**

# UNITED STATES DISTRICT COURT

FOR THE

District of Guam

UNITED STATES OF AMERICA

v.     MAGISTRATE CASE NO. 07-00006-001

MICHAEL LEON NESBITT

    It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **June 25, 2008**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

 /S/CARMEN D. O'MALLAN
U.S. Probation Officer Specialists
Supervision Unit Leader

cc:     AUSA
         Defense Counsel
         File

## *ORDER OF COURT*

    Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.